5 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS ROSA, Appellant.—Upon remittitur from the Court of Appeals, judgment, Supreme Court, New York County (Joseph Marro, J.), rendered on May 17, 1977, unanimously

affirmed. No opinion. Concur—Kupferman, J. P., Sullivan, Carro and Lynch, JJ.